**FILED**

DEC 0 9 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JIMMY SHEPPARD, | ) No. C 14-04546 BLF (PR) |
|---|---|
| Plaintiff, | ) **ORDER OF TRANSFER** |
| v. | ) |
| AUDREY KING, et al., | ) |
| Defendants. | ) |

Plaintiff, a civil detainee under the California's Sexually Violent Predator Act proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983 against officials at the Coalinga State Hospital. Because the acts complained of occurred in Fresno County, which lies within the venue of the Eastern District of California, *see* 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

The Court notes that a Non-prisoner *In Forma Pauperis* Application is currently due from Plaintiff. (*See* Docket No. 8.) Plaintiff is directed to file the IFP application with the Eastern District.

The Clerk shall terminate all pending motions and transfer the entire file to the

Order of Transfer
P:\PRO-SE\BLF\CR.14\04546Sheppard_transfer(ED).wpd

1 | Eastern District of California.
2 | **IT IS SO ORDERED.**
3 | DATED: 12-9-2014

BETH LABSON FREEMAN
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JIMMY SHEPPARD,

        Plaintiff,

v.

AUDREY KING, et al.,

        Defendants.
_____/

Case Number: CV14-04546 BLF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 12/09/14, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jimmy Sheppard
Patient No. 291-5
Coalinge State Hospital
PO Box 5003
Coalinga, CA 93210-5003

Dated: 12/09/14

Richard W. Wieking, Clerk

C. Garcia, Deputy Clerk